**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00176-CV

———————————

**LEQUINDA ELIJAH, Appellant**

**V.**

**VIRGINIA CAMBRIC, Appellee**

On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Case No. 23-DCV-302997

## MEMORANDUM OPINION

Appellant Lequinda Elijah's brief was due to be filed on July 31, 2025. On August 12, 2025, the Court issued a notice informing appellant that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP.

P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.